1206

No. 90–1602. TENNESSEE GAS PIPELINE CO. *v.* ANDERMAN/ SMITH OPERATING CO. C. A. 5th Cir. Certiorari denied.

No. 90–1605. YOUNG *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. D. C. Cir. Certiorari denied.

No. 90–1608. FULANI ET AL. *v.* HOGSETT, SECRETARY OF STATE OF INDIANA, ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–1609. GUERINOT, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF GUERINOT *v.* ROCKWELL INTERNATIONAL CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–1661. CONSTANT *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 90–1703. PARNAR *v.* GREEN, NING, LILLY & JONES. Sup. Ct. Haw. Certiorari denied.

No. 90–1718. ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT ET AL. *v.* NATIONAL SOLID WASTES MANAGEMENT ASSN. ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–1731. MANNINO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–5509. LARSEN ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–5624. BOLTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–6233. MORRIS *v.* ORMAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–6394. DEAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–6967. BOCCHICCHIO *v.* FREEMAN ET AL. C. A. 3d Cir. Certiorari denied.